c: PRSLC Quinn

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of De'

C. Signature  X Noreen  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 21 2000

1. Article Addressed to:

David Barasch, U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
1-CV-00-1256 S.C.(rder-7/24

PS Form 3811, July 1999   Domestic Return Receipt 2 of 3   102595-99-M-1789

---

(3)
7/26/00

Judge Caldwell
PRSLC Quinn

**FILED**
HARRISBURG, PA

JUL 25 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-CV-CC-1256
Show Cause
Order
7/20/00
& (?)