4
7/28/0[?]

**FILED**
HARRISBURG, PA

JUL 27 2000

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

1-CV-00-1256
Show Cause
Order
7/20/00

Caldwell/PHSC
Quinn

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>C. Signature<br>X *Thomas Goodwin*    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br><br>U.S. Immigration & Nat.<br>1660 Callowhill St.<br>Philadelphia, Pa. 19130 | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 1-cv-00-1256 S.C. Onda— |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>**DEPARTMENT OF JUSTICE**<br>C. Signature    JUL 24 2000<br>X *Ernest L. Parker*    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br><br>U. S. Attorney General, Janet Reno<br>Room #511, Main Justice Building<br>10th & Constitution Avenue<br>Washington D. C. 20530 | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 1-CV-00-1256 S.C. Onda— 7/20 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789