ORIG

⑨
8-28-01
sc

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

August 22, 2001

FILED
HARRISBUR

AUG 27 200

MARY E. D'ANDREA,
Per_____
DEPUTY CLE

CLERK OF THE COURT
PRO-SE LITIGANTS
228 WALNUT STREET
HARRISBURG, PA 17108

RE: ZHANG GUANG HUA
1:CV-00-1256

Dear Clerk:

On August 1, 2001, I sent a Motion For Relief From Judgment Pursuant to Rule 60(b) in reference to my habeas corpus under 8 U.S.C. §2241, as a pro se litigant I want to ask you if that motion was appropiate, and if not, will the court construct it as a new habeas corpus petition?

If the court decides one way or the other, when approximately will I find out?

If the court decides to entertain my motion under rule 60, what will be the expected action and/or order of the court?

I finally want to ask you to confirm if the court received the motion. The reason of my question is because there have been a few problems lately with our mail from here, specifically, there was a case where a motion from one of the inmates here was lost.

I appreciate your attention and hope to hear from you soon.

Respectfully,

*Zhang Guang Hua*
ZHANG GUANG HUA
# 00-00255
SNYDER COUNTY PRISON
600 OLD COLONY ROAD
SELINSGROVE, PA 17870